# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00342(1)-DAE |
| | § | |
| (1) Justin John Shorey | § | |

## ORDER RESETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE** in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on **Wednesday, November 06, 2019 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas, November 05, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE