# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) JUSTIN JOHN SHOREY<br>*Defendant* | §<br>§<br>§<br>§  Case Number:  SA:19-CR-00342(1)-DAE<br>§<br>§ |

## ORDER SETTING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **10:00 AM, in Courtroom A**, **on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX** on **Friday, December 06, 2019.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **22nd day of November, 2019.**

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**